**Motion Granted and Abatement Order filed March 30, 2021**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-20-00782-CV

————————

### ANDREW NELSON D/B/A ANDREW NELSON TRUCKING AND ANDREW M. NELSON, Appellants

### V.

### CREATIVE CAPITAL FUNDING, LLC, Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1154964**

## ABATEMENT ORDER

On March 24, 2021, appellants filed an unopposed motion to abate this appeal to allow the parties time to engage in settlement negotiations to resolve this and other pieces of litigation. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket for **60 days**. The appeal will be reinstated on this court's active docket

at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.